**TD Bank**

America's Most Convenient Bank®

**TD Bank, N.A.**
5900 North Andrews Avenue
2nd Floor
Fort Lauderdale, FL 33309
TDBank.com

September 24, 2009

Rothstein, Rosenfeldt, Adler
Attorneys at Law
401 East Las Olas Blvd Ste 1650
Fort Lauderdale,  FL    33301

Re: Account 6861076922
    RRA-BIF

Dear Mr. Rothstein,

Pursuant to your written instructions to us of September 23, 2009,
please be advised that all funds contained in the above referenced
account shall only be distributed upon your or Stuart Rosenfeldts
instructions and shall only be distributed to Banyon Investment Fund,
LP, Account number 6861076914, at TD Bank, routing number 067014822.

Your letter is understood not to convey ownership of the account or
access to the account to any other party, but rather is meant to
irrevocably restrict conveyances from this account to the Banyon
Investment Fund, LP account.

Sincerely,

Frank Spinosa
Regional Vice President
T: 954-233-2035  F: 954-233-2044
Frank.Spinosa@yesbank.com