UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

|  |  |
|---|---|
| AMY ADAMS, et al, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 0:11-CV-61688-JIC/LSS |
| SCOTT W. ROTHSTEIN, TD BANK, N.A. and GIBRALTAR PRIVATE BANK AND TRUST COMPANY, | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **<u>NOTICE OF CIVIL RICO STATEMENT</u>**

Plaintiffs, by and through their undersigned counsel, submit this notice that, pursuant to Local Rule 12.1, S.D. Fla., they hereby adopt and incorporate their previously filed civil RICO case statement (DE 10) with respect to the RICO allegations contained within their [Corrected] First Amended Complaint, filed October 6, 2011 (DE 12).  Said statement was also attached to the [Corrected] First Amended Complaint as Exhibit C thereto (DE 12-3).[1]

Respectfully submitted,

By: /s/  Greg J. Weintraub_____
    **Martin B. Goldberg**
    Florida Bar No. 827029
    mgoldberg@lashgoldberg.com
    **Greg J. Weintraub**
    Florida Bar No. 75741
    gweintraub@lashgoldberg.com
    **LASH & GOLDBERG LLP**
    Miami Tower, Suite 1200

---

[1] The allegations of Plaintiffs' [Corrected] First Amended Complaint [DE 12] are also incorporated herein by reference.

100 Southeast 2nd Street
Miami, Florida 33131
Telephone: (305) 347-4040
Facsimile: (305) 347-4050
*Co-counsel for Plaintiffs*

Michael Paris, Esq.
Massachusetts BBO No. 556791*
mparis@nbparis.com
William C. Nystrom, Esq.
Massachusetts BBO No. 559656*
wnystrom@nbparis.com
Jack I. Siegal, Esq.
Massachusetts BBO No. 669173*
jsiegal@nbparis.com
NYSTROM BECKMAN & PARIS LLP
One Marina Park Drive, 15th Floor
Boston, Massachusetts  02210
T: (617) 778-9100
F: (617) 778-9110
*Co-Counsel for Plaintiffs*

\* *Pro hac vice* applications to be filed

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 7, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

/s/  Greg J. Weintraub

**Service List**

**JEFFREY ALLAN HIRSCH**
hirschj@gtlaw.com
Greenberg Traurig
401 E. Las Olas Boulevard
Suite 2000
Fort Lauderdale, FL 33301
Telephone: 954-765-0500
Facsimile: 954-765-1477
Attorneys for TD Bank

**C. THOMAS TEW**
tt@tewlaw.com
**JOSEPH A. DE MARIA**
jad@tewlaw.com
**BRYAN T. WEST**
btw@tewlaw.com
**CLAUDIO RIEDI**
criedi@tewlaw.com
1441 Brickell Avenue, Suite 1500
Miami, FL  33131
Telephone: 305-536-1112
Facsimile: 305-536-1116
Attorneys for Gibraltar Bank

3